PRO SE CORPORATION    WHISTLEBLOWER
DEFAULT JUDGEMENT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Robert W. Johnson,    Plaintiff(s)

vs.

Red Roof Inn #157 & Indeed.    Defendant(s)

)
)
)
)
)
)
)
)
)
)

Civil Case No.: 5:22-cv- 528 (DNH/ATB)

**CIVIL**
**RIGHTS**
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: X JURY ___ COURT (Select **only** one).

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 1 9 2022
AT_____ O'CLOCK
John M. Domurad, Clerk  Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1.  This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

**PARTIES**

2.  Plaintiff: Robert W. Johnson

    Address: 112 Court St. ; APT. 2
    Watertown, NY 13601

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: Red Roof Inn #157

    Official Position: Corporation

    Address: 6614 North Thompson Road
    Syracuse, NY 13206
    315- 437-3309

b.   Defendant: Indeed

Official Position: Corporation

Address: 7501 N. Capital of Texas Hwy,
Austin, TX 78731
203-328-2691

c.   Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                        **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: **You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I, Robert W. Johnson, was denied employment and employee/employer policy records by Red Roof Inn #157 and Indeed. All parties are Pro Se Corporation and violated Robert W. Johnson Due Process Rights.

5.

## CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Red Roof Inn #157 discriminated against Robert W. Johnson and denied Robert W. Johnson Employee/Employer policy records and Due Process Rights for employee applicants.

### SECOND CAUSE OF ACTION

Indeed falsified ads and employment and Robert W. Johnson was not afforded policy records, fair hearings and employee incentives for future employment.

### THIRD CAUSE OF ACTION

Red Roof Inn #157 and Indeed violated Pro Se Corporation laws governing potential employees and deny any wrongdoings and/or discriminatory practices.

6.   **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

$100,000,000.00 for punitive damages; Employment; Sanctions; All other reliefs Just and Proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 05/17/2022

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010